RECEIVED
IN ALEXANDRIA, LA.
JUN 2 3 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DEWING HICKERSON (D.O.C. #414602) | DOCKET NO. 09-CV-404; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN LYNN COOPER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 22ND day of JUNE, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE